## Commonwealth ex rel. Kern, Appellant, *v.* Rundle.

Submitted November 14, 1966. *Edward J. Kern,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. LaMolinare, Appellant, *v.* Maroney.

Submitted November 14, 1966. *Homer W. King,* for appellant; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Macklin, Appellant, *v.* Russell.

Submitted November 14, 1966. *Elwood Leo Macklin, Jr.,* appellant, in propria persona; *Dominic Ciarimboli,* Assistant District Attorney, and *Joseph M. Loughran,* District Attorney, for appellee.

Order affirmed.